


# WebEx Video Conference Participant Instructions

The Court will conduct video conference hearings on the WebEx Webpage platform. Attorney participants will appear with full video and audio capability. The WebEx Meeting Space allows for up to 200 participants to participate via video, with the capacity for twenty-five video images of participants to display on the screen simultaneously.

**<span style="color:red">For desktop and laptop computers and Android devices, the use of the <u>Google Chrome</u> browser is required to access the videoconference meeting.</span>**
Click HERE to download Google Chrome prior to the hearing if it
is not installed on your device.
**<span style="color:red">For iPad and iPhones, it is required to use the Safari browser to access the videoconference meeting.</span>**

To access the hearing, follow the steps below:

## Step 1:  Open the Meeting Email Invitation

- Attorney participants will receive an email meeting invitation with a weblink at the email address on record. This weblink is for the recipient's use only.
- Open your email account to view the invitation.
- The invitation will contain a weblink for the scheduled matter.
- The link prefix will be: Cisco WebexURL: https://us-courts.webex.com/
- If on a desktop or laptop computer or Android device, use Google Chrome to open the weblink. If on an iPad or iPhone, use Safari to open the weblink.
- Click on the weblink and verify it is opened in either Google Chrome for computers and Android devices or in Safari for iPhones or iPads.

## Step 2:  Access the Cisco Meeting Webpage

- After clicking on the invitation weblink, the Cisco WebEx Webpage will appear.

- The judge's name will display above the name field. Verify that the meeting is for your assigned judge.
- Enter your name in the "Your name" field.
- Click on "Join meeting."

 

## Step 3: Adjust Audio and Video Settings

- The audio and video selection page will appear.



## How to Select Your Camera

- To ensure correct camera operation, one must select an option other than default from the camera drop-down menu. Click on the Camera drop down arrow to select the camera for the meeting.



- When the correct camera is selected, your image will appear in the center of the screen.



## How to Select Your Speaker & Microphone

- To ensure correct microphone operation, one must select an option other than default from the microphone drop-down menu. Click on the microphone menu to select the microphone for the meeting:



- Test the microphone & speaker by speaking. When the correct microphone is enabled, a blue meter will move to the right or left in response to your voice.



- If no music plays, ensure your speakers are not muted by viewing the speaker icon in the taskbar at the bottom of your computer screen. When muted, an "x" will appear to the right of the icon.



unmuted                                        muted

**Step 4**: **Join the Meeting and Adjust Settings**

- Once the video and audio settings are correct select "Start meeting" to join the meeting.



- After joining the meeting, the meeting space screen will appear.

- Your image will appear on the bottom left.

- A menu of options appears on the bottom of the screen next to the Record.



## How to Disable and Enable Your Camera

- To manage video camera settings, click on the video camera icon on your image at the bottom left of the screen.

- Note: Video is disabled when the video camera icon says start video.



Video Enabled                     Video Disabled

## How to Mute and Unmute Your Microphone

- The menu at the bottom of the screen has options to control the microphone, share a screen, and exit the meeting. It will disappear and reappear based on mouse activity.
- To speak when your matter is called, you must unmute your microphone.
- To mute and unmute the microphone, click on the microphone icon.

Unmuted



- Note: The microphone is only muted when it is surrounded by red. A diagonal line does not indicate the microphone is muted.

Muted



## How to Share Your Screen

- To share a document, window or screen, click on the share screen icon.  Only one participant may share a screen at a time. Prior to sharing a screen, ensure that all other participants are not sharing.



Select the option to share either your entire screen, an application window, or a Chrome tab.  When sharing your entire screen, the entire desktop will be visible.

- Select "Application Window" to make only the selected application window visible to participants (i.e. a Microsoft Word document, a PDF document, etc.).

- When multiple windows are open, click on the document to be shared.



- Click on "Chrome Tab" to share tab in the Google Chrome browser.



Note: In order for a document or screen to be visible to others during the proceedings, it is required to open the document(s), window, or tab one wishes to share prior to joining the meeting space.

## How to View Participants & Chats

- The menu on the bottom right you can toggle between participants or chats.



- Up to 200 participants can participate in a video conference in the Cisco Webex Space. Up to 25 video images are available to be viewed on the screen at one time. More participants may be present but not visible as the images will rotate based on speaker activity.

- If a video camera image freezes during the meeting, refresh your browser at the top left of the screen by clicking on the arrow next to the URL/website address.

## Step 5: Exit the Meeting

- To exit the meeting, select the "x" surrounded by red at the menu on the bottom of the screen, select End Meeting twice.

